IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WM MOBILE BAY ENVIRONMENTAL CENTER, INC., | * * * | |
| Plaintiff, | * * | |
| v. | * * | CIVIL ACTION NO.: 13-00434-KD-N |
| THE CITY OF MOBILE SOLID WASTE AUTHORITY, | * * * * | |
| Defendant. | * | |

## AMENDED COUNTERCLAIM

Pursuant to Fed.R.Civ.P. 15(a)(1)(B), The City of Mobile Solid Waste Authority, amends its previously filed counterclaim by adding thereto paragraph 7, so that the counterclaim now reads in its entirety as follows:

### COUNTERCLAIM

As and for a counterclaim against the plaintiff, the Solid Waste Authority avers the following:

1. Royalties have not been paid as required by section 6.2 of the contract for the first quarter of 2012 as follows:

    a. 43,8970.26 tons of waste was reported to the Alabama Department of Environmental Management as having been disposed of at the Chastang Landfill during the first quarter of 2012, but only 20,444.53 tons was reported and disclosed to the Authority.

    b. There has been an intentional underreporting of the tonnage and gross revenue to the Authority and a failure and refusal to properly account for and pay

the royalties that are due, and the Solid Waste Authority claims damages for the difference.

   c. The underreporting of the tonnage and gross revenue, constitutes a material breach of the contract and a failure to act in good faith.

   d. The Solid Waste Authority has been damaged by this material breach of the contract and failure to act in good faith by the amount of royalty that was underreported and underpaid.

  2. Royalties have not been paid as required by section 6.2 of the contract for the second quarter of 2012 as follows:

   a. 49,840.61 tons of waste was reported to the Alabama Department of Environmental Management as having been disposed of at the Chastang Landfill during the second quarter of 2012, but only 26,872.61 tons was reported and disclosed to the Authority.

   b. There has been an intentional underreporting of the tonnage and gross revenue to the Authority and a failure and refusal to properly account for and pay the royalties that are due, and the Solid Waste Authority claims damages for the difference.

   c. The underreporting of the tonnage and gross revenue, constitutes a material breach of the contract and a failure to act in good faith.

   d. The Solid Waste Authority has been damaged by this material breach of the contract and failure to act in good faith by the amount of royalty that was underreported and underpaid.

3. Royalties have not been paid as required by section 6.2 of the contract for the third quarter of 2012 as follows:

    a. 49,992.76 tons of waste was reported to the Alabama Department of Environmental Management as having been disposed of at the Chastang Landfill during the third quarter of 2012, but only 34,245.55 tons was reported and disclosed to the Authority.

    b. There has been an intentional underreporting of the tonnage and gross revenue to the Authority and a failure and refusal to properly account for and pay the royalties that are due, and the Solid Waste Authority claims damages for the difference.

    c. The underreporting of the tonnage and gross revenue, constitutes a material breach of the contract and a failure to act in good faith.

    d. The Solid Waste Authority has been damaged by this material breach of the contract and failure to act in good faith by the amount of royalty that was underreported and underpaid.

4. Royalties have not been paid as required by section 6.2 of the contract for the fourth quarter of 2012 as follows:

    a. 43,548.10 tons of waste was reported to the Alabama Department of Environmental Management as having been disposed of at the Chastang Landfill during the fourth quarter of 2012, but only 22,279.56 tons was reported and disclosed to the Authority.

    b. There has been an intentional underreporting of the tonnage and gross revenue to the Authority and a failure and refusal to properly account for and pay

the royalties that are due, and the Solid Waste Authority claims damages for the difference.

  c. The underreporting of the tonnage and gross revenue, constitutes a material breach of the contract and a failure to act in good faith.

  d. The Solid Waste Authority has been damaged by this material breach of the contract and failure to act in good faith by the amount of royalty that was underreported and underpaid.

5. Royalties have not been paid as required by section 6.2 of the contract for the first quarter of 2013 as follows:

  a. 79,835.32 tons of waste was reported to the Alabama Department of Environmental Management as having been disposed of at the Chastang Landfill during the first quarter of 2013, but only 59,955.18 tons was reported and disclosed to the Authority.

  b. There has been an intentional underreporting of the tonnage and gross revenue to the Authority and a failure and refusal to properly account for and pay the royalties that are due, and the Solid Waste Authority claims damages for the difference.

  c. The underreporting of the tonnage and gross revenue, constitutes a material breach of the contract and a failure to act in good faith.

  d. The Solid Waste Authority has been damaged by this material breach of the contract and failure to act in good faith by the amount of royalty that was underreported and underpaid.

6. Royalties have not been paid as required by section 6.2 of the contract for the second quarter of 2013 as follows:

    a. 54,830.49 tons of waste was reported to the Alabama Department of Environmental Management as having been disposed of at the Chastang Landfill during the second quarter of 2013, but only 34,365.22 tons was reported and disclosed to the Authority.

    b. There has been an intentional underreporting of the tonnage and gross revenue to the Authority and a failure and refusal to properly account for and pay the royalties that are due, and the Solid Waste Authority claims damages for the difference.

    c. The underreporting of the tonnage and gross revenue, constitutes a material breach of the contract and a failure to act in good faith.

    d. The Solid Waste Authority has been damaged by this material breach of the contract and failure to act in good faith by the amount of royalty that was underreported and underpaid.

7. Royalties have not been paid as required by section 6.2 of the contract for the third quarter of 2013 as follows:

    a. There has been an intentional underreporting of gross revenue to the Authority and a failure and refusal to properly account for and pay the royalties that are due, and the Solid Waste Authority claims damages for the difference. WM Mobile has reported that 40,214.32 tons of solid waste was disposed of at the landfill during the third quarter of 2013. WM Mobile paid the royalty on revenue generated by the disposal of 18,870.71 tons, but has failed to pay royalty on revenue generated by

21,343.61 tons of solid waste disposed of at the landfill during the third quarter of 2013 as required by the contract.

        b.      The underreporting of gross revenue, and the underpayment of royalty, constitutes a material breach of the contract and a failure to act in good faith.

        c.      The Solid Waste Authority has been damaged by this material breach of the contract and failure to act in good faith by the amount of royalty that was underreported and underpaid, to-wit: the required royalty on the revenue generated by 21,343.61 tons of solid waste disposed of at the landfill during the third quarter of 2013

WHEREFORE, the Solid Waste Authority demands judgment against WM Mobile for the amount of the royalty that was underreported and underpaid.

Trial by jury is demanded.

                                    /s/ JAMES B. ROSSLER
                                    JAMES B. ROSSLER
                                    P.O. Drawer 2164
                                    Mobile, Alabama 36652
                                    251-432-2300

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November, 2013, I electronically filed the foregoing **Amended Counterclaim** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Jaime W. Betbeze
    D. Trice Stabler
    Maynard, Cooper & Gale, P.C.
    11 North Water Street
    RSA Battlehouse Tower
    Suite 27000
    Mobile, Alabama 36602

                                    /s/ James B. Rossler