IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WM MOBILE BAY ENVIRONMENTAL CENTER, INC.,** | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CIVIL ACTION NO. 13-00434-KD-N |
| **THE CITY OF MOBILE SOLID WASTE AUTHORITY,** | ) ) ) ) |
| Defendant. | ) ) ) |

### INITIAL REPORT OF MEDIATOR

The parties to this case have scheduled a mediation with the undersigned to begin on **Wednesday, September 3, 2014**. The parties anticipate possibly needing a second day of mediation later in September or in early October. The undersigned and counsel for all parties discussed the case and the mediation on August 14, 2014. The undersigned will report to the Court promptly following the completion of the mediation process, or if necessary, provide an interim report.

                                                       */s/ Michael E. Upchurch*
                                                       Michael E. Upchurch (UPCHM2707)
                                                       Mediator

**OF COUNSEL:**
Frazer, Greene, Upchurch & Baker, L.L.C.
Post Office Box 1686
Mobile, Alabama 36633-1686
(251) 431-6020 (Telephone)
(251) 431-6030 (Facsimile)
meu@frazergreene.com

## CERTIFICATE OF SERVICE

    I do hereby certify that on the 14th day of August, 2014, I electronically filed the foregoing via the CM-ECF system which will send notifications of such filing to the parties:

Jaime W. Betbeze, Esquire
Daniel T. Stabler, Esquire
Maynard Cooper & Gale, PC
11 N. Water St., Suite 27000
Mobile, AL 36602-3809
jbetbeze@maynardcooper.com
tstabler@maynardcooper.com

James B. Rossler, Esquire
P.O. Box 2164
Mobile, AL 36652-2164
(251) 432-2300 (Telephone)
(251) 432-2320 (Facsimile)
jrossler@earthlink.net

Alice J. Corley, Esquire
Lawrence M. Wettermark, Esquire
Galloway Wettermark Everest Rutens
  & Gaillard, LLP
P.O. Box 16629
Mobile, AL 36616-0629
ajacob@gallowayllp.com
lwettermark@gallowayllp.com

                  */s/ Michael E. Upchurch*
                  COUNSEL