IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WM MOBILE BAY ENVIRONMENTAL CENTER, INC.,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 13-00434-KD-N ) |
| **THE CITY OF MOBILE SOLID WASTE AUTHORITY,** | ) ) ) ) |
| Defendant. | ) ) |

## SUPPLEMENTAL INTERIM REPORT OF MEDIATOR

The second mediation session in this case was scheduled for November 19, 2014. After scheduling, a conflict developed with one of the parties and therefore the second mediation session will **not** go forward on November 19, 2014 as scheduled. A new date will be selected, and the undersigned will advise the Court once the second session has been rescheduled.

*/s/ Michael E. Upchurch*
MICHAEL E. UPCHURCH (UPCHM2707)
Mediator

**OF COUNSEL:**
FRAZER, GREENE, UPCHURCH & BAKER, L.L.C.
Post Office Box 1686
Mobile, Alabama 36633-1686
(251) 431-6020 (Telephone)
(251) 431-6030 (Facsimile)
meu@frazergreene.com

## CERTIFICATE OF SERVICE

      I do hereby certify that on the 14th day of October, 2014, I electronically filed the foregoing via the CM/ECF system which will send notifications of such filing to the parties:

Jaime W. Betbeze, Esquire
Daniel T. Stabler, Esquire
Maynard Cooper & Gale, PC
11 N. Water St., Suite 27000
Mobile, AL 36602-3809
jbetbeze@maynardcooper.com
tstabler@maynardcooper.com

James B. Rossler, Esquire
P.O. Box 2164
Mobile, AL 36652-2164
(251) 432-2300 (Telephone)
(251) 432-2320 (Facsimile)
jrossler@earthlink.net

Alice J. Corley, Esquire
Lawrence M. Wettermark, Esquire
Galloway Wettermark Everest Rutens
  & Gaillard, LLP
P.O. Box 16629
Mobile, AL 36616-0629
ajacob@gallowayllp.com
lwettermark@gallowayllp.com


                    */s/ Michael E. Upchurch*
                    COUNSEL