IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WM MOBILE BAY ENVIRONMENTAL CENTER, INC., | * * * | |
| Plaintiff, | * * | |
| v. | * * | CIVIL ACTION NO.: 13-00434-KD-N |
| THE CITY OF MOBILE SOLID WASTE AUTHORITY, | * * * | |
| Defendant. | * | |

## MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

The defendant moves the Court for leave to file three documents under seal because they have been designated as "confidential" by plaintiff. These three documents are referenced as exhibits in Defendant's Objections and Motion in Limine to Exclude or Limit the Testimony of William J. Gaffigan. (Doc. 112).

A copy has been served on all counsel.

                                        Respectfully submitted,

                                        /s/ JAMES B. ROSSLER
                                        JAMES B. ROSSLER
                                        P.O. Drawer 2164
                                        Mobile, Alabama 36652
                                        251-432-2300

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on this 20th day of November, 2014, I electronically filed the foregoing **Motion** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jaime W. Betbeze
D. Trice Stabler
Maynard, Cooper & Gale, P.C.
11 North Water Street
RSA Battlehouse Tower
Suite 27000
Mobile, Alabama 36602

                                                /s/ James B. Rossler