## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **WM MOBILE BAY ENVIRONMENTAL CENTER, INC.,** | ) ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **CIVIL ACTION NO. 13-00434-KD-N** |
| **THE CITY OF MOBILE SOLID WASTE AUTHORITY,** | ) ) ) | |
| **Defendant.** | ) | |

### REPORT OF MEDIATOR

On December 3, 2014, the parties continued the mediation of this case with the undersigned. The case did not settle at the mediation. The undersigned is continuing settlement discussions with the parties. It remains to be seen whether those discussions will be productive. The undersigned mediator will report to the Court if the situation changes over the next two weeks.

*/s/ Michael E. Upchurch*
MICHAEL E. UPCHURCH (UPCHM2707)
Mediator

**OF COUNSEL:**
FRAZER, GREENE, UPCHURCH & BAKER, L.L.C.
Post Office Box 1686
Mobile, Alabama 36633-1686
(251) 431-6020 (Telephone)
(251) 431-6030 (Facsimile)
meu@frazergreene.com

## CERTIFICATE OF SERVICE

I do hereby certify that on the 5th day of November, 2014, I electronically filed the foregoing via the CM/ECF system which will send notifications of such filing to the parties:

Jaime W. Betbeze, Esquire
Daniel T. Stabler, Esquire
Maynard Cooper & Gale, PC
11 N. Water St., Suite 27000
Mobile, AL 36602-3809
jbetbeze@maynardcooper.com
tstabler@maynardcooper.com

Alice J. Corley, Esquire
Lawrence M. Wettermark, Esquire
Galloway Wettermark Everest Rutens
  & Gaillard, LLP
P.O. Box 16629
Mobile, AL 36616-0629
ajacob@gallowayllp.com
lwettermark@gallowayllp.com

James B. Rossler, Esquire
P.O. Box 2164
Mobile, AL 36652-2164
(251) 432-2300 (Telephone)
(251) 432-2320 (Facsimile)
jrossler@earthlink.net

*/s/ Michael E. Upchurch*
COUNSEL