# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WM MOBILE BAY ENVIRONMENTAL CENTER, INC.,** ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | **CIVIL ACTION NO. 13-00434-KD-N** |
| **THE CITY OF MOBILE SOLID WASTE AUTHORITY,** ) ) ) ) | |
| Defendant. ) | |

## REPORT OF MEDIATOR

The parties have now completed a two-session mediation with the undersigned, and there have been follow-up discussions. The case has not settled. Unless there is a significant development, the undersigned will not file additional settlement status reports, unless the Court instructs otherwise.

*/s/ Michael E. Upchurch*
MICHAEL E. UPCHURCH (UPCHM2707)
Mediator

**OF COUNSEL:**
FRAZER, GREENE, UPCHURCH & BAKER, L.L.C.
Post Office Box 1686
Mobile, Alabama 36633-1686
(251) 431-6020 (Telephone)
(251) 431-6030 (Facsimile)
meu@frazergreene.com

## CERTIFICATE OF SERVICE

I do hereby certify that on the 15th day of December, 2014, I electronically filed the foregoing via the CM/ECF system which will send notifications of such filing to the parties:

Jaime W. Betbeze, Esquire
Daniel T. Stabler, Esquire
Maynard Cooper & Gale, PC
11 N. Water St., Suite 27000
Mobile, AL 36602-3809
jbetbeze@maynardcooper.com
tstabler@maynardcooper.com

James B. Rossler, Esquire
P.O. Box 2164
Mobile, AL 36652-2164
(251) 432-2300 (Telephone)
(251) 432-2320 (Facsimile)
jrossler@earthlink.net

Alice J. Corley, Esquire
Lawrence M. Wettermark, Esquire
Galloway Wettermark Everest Rutens
  & Gaillard, LLP
P.O. Box 16629
Mobile, AL 36616-0629
ajacob@gallowayllp.com
lwettermark@gallowayllp.com

*/s/ Michael E. Upchurch*
COUNSEL