IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WM MOBILE BAY ENVIRONMENTAL CENTER, INC., | * * * | |
| Plaintiff, | * * | |
| v. | * * | CIVIL ACTION NO.: 13-00434-KD-N |
| THE CITY OF MOBILE SOLID WASTE AUTHORITY, | * * * | |
| Defendant. | * | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

The defendant moves the Court to extend by two days, until Friday, January 9, 2015, the deadlines set in the Interim Order (doc. 126) for filing an amended joint pretrial document, joint jury charges, motions in limine, and amended exhibit lists. This motion is made on the following grounds:

1. Undersigned counsel's wife is scheduled to have unplanned surgery on Wednesday, January 7, 2015. The surgery is necessary due to an accident that occurred last week. Undersigned counsel therefore needs additional time to complete the required filings.

2. Undersigned counsel has conferred with counsel for plaintiff and is authorized to advise the Court that plaintiff has no objection to this motion.

WHEREFORE, the premises considered, the defendant moves the Court to extend the time to make the aforesaid filings by two days, until Friday, January 9, 2015.

Respectfully submitted,

/s/ JAMES B. ROSSLER
JAMES B. ROSSLER
P.O. Drawer 2164
Mobile, Alabama 36652
251-432-2300

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January, 2015, I electronically filed the foregoing **Motion for Extension of Time** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jaime W. Betbeze
D. Trice Stabler
Maynard, Cooper & Gale, P.C.
11 North Water Street
RSA Battlehouse Tower
Suite 27000
Mobile, Alabama 36602

Lawrence M. Wettermark
Alicia J. Corley
Galloway, Wettermark, Everest, Rutens & Gaillard
P.O. Box 16629
Mobile, Alabama 36616-0629

/s/ James B. Rossler