# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WM MOBILE BAY ENVIRONMENTAL CENTER, INC., ) ) ) Plaintiff, ) ) V. ) ) THE CITY OF MOBILE SOLID WASTE ) AUTHORITY, ) ) Defendant. ) | CASE NO. 13-0434-KD-N |

## JUDGMENT

In accordance with the order on summary judgment (doc. 125), the verdict (doc. 171), and the order entered February 6, 2015 (doc. 172), it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that **DECLARATORY JUDGMENT** is entered in favor of Plaintiff WM Mobile Bay Environmental Center, Inc., that it is entitled to an increased disposal rate in the current amount of $25.43.

DONE this the 5th day of March 2015.

/s / Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE