**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| WM MOBILE BAY ENVIRONMENTAL CENTER, INC., | * | |
| | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: 13-00434-KD-N |
| | * | |
| THE CITY OF MOBILE SOLID WASTE AUTHORITY, | * | |
| | * | |
| | * | |
| Defendant. | * | |

**PRELIMINARY REPORT OF MEDIATOR AND
REQUEST FOR ADDITIONAL TIME TO COMPLETE MEDIATION**

The Court ordered parties to engage in mediation and to complete same before October 1st.

The parties selected the undersigned to serve as mediator and a mediation session was held on September 14, 2015. Progress toward a resolution of the issues presented by this litigation was made at the mediation session but no resolution was reached.

The parties have agreed to convene another mediation session with the mediator but, because of the number of lawyers and parties required for the mediation, the next session of the mediation could not be scheduled in September. The parties have scheduled the next mediation session for October 8, 2015.

The undersigned believes that sufficient progress was made on September 14 to justify at least one more mediation session and requests the Court to allow the parties additional time for the October 8, 2015 session after which the undersigned will file the mediator's report.

Respectfully Submitted,

*s/ Charles J. Fleming*
CHARLES J. FLEMING
Mediator

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have on the 16th day of September, 2015, served a copy of the foregoing pleading on the following parties by placing same in the U.S. mail, properly addressed and first class postage prepaid or by electronic filing.

Jaime Betbeze, Esq.
Maynard Cooper and Gale
11 North Water Street
RSA Tower, Suite 27000
Mobile, Alabama 36602

James B. Rossler, Esq.
P.O. Drawer 2164
Mobile, Alabama 36652

J. Michael Druhan
Satterwhite Druhan Gaillard & Tyler, LLC
1325 Dauphin St
Mobile, AL 36604-2121

*s/ Charles J. Fleming*
CHARLES J. FLEMING