# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WM MOBILE BAY ENVIRONMENTAL CENTER, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | **CASE NO. 13-0434-KD-N** |
| ) | |
| **THE CITY OF MOBILE SOLID WASTE AUTHORITY,** ) | |
| ) | |
| Defendant. ) | |

## AMENDED JUDGMENT

The amended judgment entered November 10, 2015 (doc. 203) is amended as follows:

It is hereby **ORDERED**, **ADJUDGED** and **DECREED** as follows: **JUDGMENT** is entered in favor of Plaintiff WM Mobile Bay Environmental Center, Inc., as to Count I, in the amount of $1,369,771.00 and as to Count III, in the amount of $1,082,753.00.

Except as amended herein, all provisions of the judgment entered February 6, 2015 (doc. 173) shall remain in effect.

DONE this the 17th day of November 2015.

/s / Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE